# United States District Court
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:21-CR-00525-S |
| | § | |
| SERGIO SANTOYO (1) | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court.  Accordingly, the Court accepts the plea of guilty, and **SERGIO SANTOYO (1)** is hereby adjudged guilty to **Count 2 of the 4-Count Indictment, filed on October 26, 2021 – Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. 21 § 841(a)(1) and (b)(1)(B).**  Sentence will be imposed in accordance with the Court's Scheduling Order.

The Defendant is currently in custody and should be ordered to remain in custody.

**SO ORDERED.**

SIGNED November 2, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**